**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**IN RE: ROBIN G. SHORES and**
      **VALERIE E. SHORES**
      **SSN: XXX-XX-9782**
           **XXX-XX-3765**

      **Debtors**.

**v.**                                              **CASE NO. 3:05-cv-00584-JHM-HTS**

**COOK SALES, INC.,**

      **Movant,**

**v.**

**ROBIN G. SHORES, VALERIE E. SHORES and**
**MAMIE L. DAVIS Chapter 13 Trustee**

      **Respondents.**

_____/

**O R D E R**

The Court directs the Appellant to file a copy of the document executed by Appellee, Valerie E. Shores, on June 10, 2003. According to Appellant's Initial Brief (Dkt. 5), the document is entitled "Portable Warehouse Lease of a 12' x 24' portable building, 'lofted-barn' style, serial number L51224E0R000-8208."

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1.      Appellant shall have up to and including September 6, 2005 to file the requested document.

BY ORDER OF THE COURT, at Jacksonville, Florida, this __25__ day of August, 2005.

Copies to:

Counsel of Record

JOHN H. MOORE II
United States District Judge